## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                              CIVIL ACTION NO. 2:06-0710
                                                CRIMINAL  ACTION  NO. 2:02-00074

JEFFREY DAJUAN ALLEN


### ORDER


    This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court deny Movant's § 2255 Motion as supplemented and amended and dismiss this matter from the docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

    Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's § 2255 Motion as supplemented and amended and **DISMISSES** this matter from the docket, consistent with the findings and recommendation.

    The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.


ENTER:          April 14, 2009


ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE